UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DARRYL WENDELL DUNCAN,<br><br>             Petitioner,<br>   v<br>FERGUSON,<br>             Respondent. | ) CV 10-10087-ODW (SH)<br>)<br>) ORDER OF DISMISSAL<br>)<br>)<br>)<br>)<br>) |

Pursuant to petitioner's Request for Voluntary Dismissal, filed on March 7, 2011, the action is hereby dismissed without prejudice.

DATED: April 11, 2011   _____
                                     OTIS D. WRIGHT
                                UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DATED: April 6, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE